UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. BARCUS and COLLEEN BARCUS,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:21-cv-00546-TLN-CKD<br><br>**ORDER RE: JOINT STIPULATION REGARDING PLAINTIFFS' ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Judge: Hon. Troy L. Nunley |

## **ORDER**

Upon consideration of the Joint Stipulation of Plaintiffs, WILLIAM B. BARCUS and COLLEEN BARCUS and Defendant, MERCEDES-BENZ USA, LLC regarding Plaintiffs' Attorney's Fees, Costs, and Expenses and good cause appearing therefore:

**IT IS ORDERED** that the parties' Joint Stipulation is granted.

**IT IS SO ORDERED.**

///

1

**ORDER RE: JOINT STIPULATION REGARDING PLAINTIFFS'
ATTORNEY'S FEES, COSTS AND EXPENSES**

Dated: January 23, 2023

_____
Troy L. Nunley
United States District Judge